```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         8/11/25

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY: ____MRV____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>HECTOR ALEJANDRO GALEANO-GALINDO,<br><br>　　　　Defendant. | CR No. 2:25-cr-00660-AH<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 111(a)(1): Simple Assault on a Federal Officer]<br><br>**[CLASS A MISDEMEANOR]** |
|---|---|

　　The Acting United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

　　On or about July 12, 2025, in Los Angeles County, within the Central District of California, defendant HECTOR ALEJANDRO GALEANO-GALINDO intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim J.D., an employee of

//

//

Federal Protective Service, while J.D. was engaged in, and on account of, the performance of J.D.'s official duties.

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances D. Lewis* (JP)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

ROBERT K. QUEALY
Special Assistant United States Attorney
General Crimes Section